FILED

12/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0450

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

S.C.J.,                                                                    O R D E R

        A Protected Person.

_____

Appellant filed her opening brief in this case on December 10, 2020. This Court reviews briefs to make sure they comply with the Court's Rules of Appellate Procedure. After reviewing the opening brief, this Court has determined that the brief does not comply with the Rules and must be corrected and resubmitted.

Montana Rule of Appellate Procedure 10(6) requires the use of initials for parties in guardianship proceedings. As shown above, the caption of the case identifies the Appellant by her initials only. Appellant should revise her brief to be sure that every mention of her name is replaced with her initials, "S.C.J." The Appellant should also edit her brief to replace the names of her guardians, who are also parties to the case, with their initials, "S.J." and "T.J." The Appellant should also use only her initials to sign the brief, certificate of compliance, and certificate of service.

As a court of appeals, the Montana Supreme Court decides cases on the basis of facts that were presented to the District Court. Montana Rule of Appellate Procedure 12(1)(d) states that an appellate brief must contain "the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear." Appellant S.C.J.'s brief includes facts supporting her argument, but the factual statements do not contain any references to documents in the court file or the transcript of the hearing held before Judge Berger on August 5, 2020. Appellant should edit her brief so that its references to the facts are supported by something said during that hearing or filed with the district court. Appellant can refer to the transcript by

putting in parentheses the page and line number(s) where the facts appear in the hearing transcript. Her brief may not include facts or information that were not part of the court file or the hearing before Judge Berger.

IT IS THEREFORE ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that Appellant S.C.J. must revise the brief as directed in this order and file a new signed original and nine copies of the revised brief filed within ten (10) days of the date of this Order with the Clerk of this Court. She also must serve a copy of the revised brief on the other parties to the case;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to the Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in Montana Rule of Appellate Procedure 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant S.C.J. and to mail a true copy of this Order to all parties upon whom the brief was served.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 11 2020